# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEA NICOLE RICHARDSON, | NO. CV 10-4367 VAP (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JAVIER CAVAZOS, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: _August 27, 2012

/s/ Virginia A. Phillips
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE